No. 78–1611.  REICHEL v. SUPREME COURT OF CALIFORNIA ET AL.  Motion for leave to file petition for writ of mandamus and/or prohibition denied.

No. 78–6609.  FRANKS v. DELAWARE.  Motion for leave to file petition for writ of mandamus and/or petition for writ of certiorari denied.

No. 78–1369.  COMMITTEE FOR PUBLIC EDUCATION AND RELIGIOUS LIBERTY ET AL. v. REGAN, COMPTROLLER OF NEW YORK, ET AL.  Appeal from D. C. S. D. N. Y.  Probable jurisdiction noted.

No. 78–1588.  VANCE ET AL. v. UNIVERSAL AMUSEMENT CO., INC., ET AL.  Appeal from C. A. 5th Cir.  Probable jurisdiction noted.

No. 78–1472.  COSTLE, ADMINISTRATOR, ENVIRONMENTAL PROTECTION AGENCY v. PACIFIC LEGAL FOUNDATION ET AL.  C. A. 9th Cir.  Certiorari granted.

No. 78–1522.  ANDRUS, SECRETARY OF THE INTERIOR v. UTAH.  C. A. 10th Cir.  Certiorari granted.

No. 78–910.  OCCIDENTAL OF UMM AL QAYWAYN, INC. v. CITIES SERVICE OIL CO. ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 78–1328.  BEECH AIRCRAFT CORP. v. BRABAND ET AL.  Sup. Ct. Ill.  Certiorari denied.